Submitted on record and briefs October 21, conviction affirmed; remanded for resentencing December 11, 1991

## STATE OF OREGON,
*Respondent,*

*v.*

## FRED LEE GORDON,
*Appellant.*

## (D9100128T; CA A67995)

821 P2d 447

Michael Curtis, Hillsboro, filed the brief for appellant.

Dave Frohnmayer, Attorney General, Virginia L. Linder, Solicitor General, and Kaye E. Sunderland, Assistant Attorney General, Salem, filed the brief for respondent.

Before Richardson, Presiding Judge, and Deits and Riggs, Judges.

PER CURIAM

## PER CURIAM

Defendant was convicted of driving while his operator's license was suspended, a misdemeanor. ORS 811.182. The court sentenced him to 60 days in jail as a condition of probation. Because the offense was committed after November 1, 1989, the court had no authority under *former* ORS 137.540(2) to impose jail time as a condition of probation.[1] *State v. Wold*, 105 Or App 158, 803 P2d 782 (1991).

Conviction affirmed; remanded for resentencing.

---

[1] The statute has since been amended. Or Laws 1991, ch 196, § 1.